IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED REFINING COMPANY, | : | CIVIL ACTION |
| | : | |
| Plaintiff, | : | NO. 13-909 |
| | : | |
| v. | : | |
| | : | |
| NATIONAL UNION FIRE INSURANCE | : | |
| COMPANY OF PITTSBURGH, PA, et al. | : | |
| | : | |
| Defendants. | : | |

## **ORDER**

AND NOW, this 22nd of March, 2013, upon consideration of Plaintiff's Amended Complaint (Dkt. No. 11), it is hereby ORDERED that Defendants' Motion to Dismiss (Dkt. No. 2) is DENIED as MOOT.

BY THE COURT:

/s/ C. Darnell Jones, II
_____
C. DARNELL JONES, II     J.