# EXHIBIT A

**ANDERSON KILL & OLICK, P.C.**
By:  Darin J. McMullen, Esq. (I.D. No. 78860)
1600 Market Street
Suite 2500
Philadelphia, PA  19103

William G. Passannante, Esq., Of Counsel
Matthew F. Putorti, Esq., Of Counsel
Anderson Kill & Olick, P.C.
1251 Avenue of the Americas
New York, NY 10020

**UNITED REFINING COMPANY**
By: John R. Wagner, Esq. (I.D. No. 44017)
15 Bradley Street
Warren, PA 16365
814-726-4685

Attorneys for Plaintiff,
United Refining Company



*Filed and Attested by*
*PROTHONOTARY*
*05 OCT 2012 03:46 pm*
*J. MURPHY*

| | |
|---|---|
| UNITED REFINING COMPANY<br>15 Bradley Street<br>Warren, PA 16365,<br><br>      Plaintiff,<br><br>    v.<br><br>NATIONAL UNION FIRE INSURANCE<br>COMPANY OF PITTSBURGH, PA<br>175 Water Street, 18th Floor<br>New York, NY 10038<br><br>ALLIANZ GLOBAL RISKS US<br>INSURANCE COMPANY<br>225 W. Washington Street, Suite 1800<br>Chicago, IL 60606<br><br>CERTAIN UNDERWRITERS AT LLOYD'S<br>OF LONDON AND LONDON MARKET<br>INSURANCE COMPANIES,<br>c/o of Mendes & Mount LLP<br>750 Seventh Avenue<br>New York, NY 10019<br><br>XL INSURANCE (BERMUDA) LTD.<br>XL HOUSE<br>One Bermudian Road | COURT OF COMMON PLEAS<br>COUNTY OF PHILADELPHIA<br><br>OCTOBER TERM, 2012<br><br>NO. |

phidocs-65893.1

**Case ID: 121000883**

P.O. Box 2245
Hamilton, HM JX, Bermuda,

SWISS RE INTERNATIONAL SE
175 King Street
Armonk, NY 10504

CHARTIS
175 Water Street
New York, NY 10038

CRAWFORD & COMPANY d/b/a
CRAWFORD GLOBAL TECHNICAL
SERVICES
P.O. Box 5047
Atlanta, GA 30302,

      Defendants.

## PRAECIPE TO ISSUE WRIT OF SUMMONS

To The Prothonotary's Office:

  Kindly issue a Writ of Summons-Civil Action to the Defendants listed in the above-captioned matter.

Dated: October 5, 2012

By: _____
Darin J. McMullen, Esq. (I.D. No. 78860)

Anderson Kill & Olick, P.C.
1600 Market Street
Suite 2500
Philadelphia, PA  19103
Telephone:  267-216-2700

And

William G. Passannante, Esq., Of Counsel
Matthew F. Putorti, Esq., Of Counsel

Anderson Kill & Olick, P.C.
1251 Avenue of the Americas
New York, NY 10020
Telephone: 212-278-1000

And

John R. Wagner, Esq. (I.D. No. 44017)
United Refining Company
15 Bradley Street
Warren, PA 16365
Telephone: 814-726-4685

Attorneys for Plaintiff
United Refining Company

3

C.P.97

# Commonwealth of Pennsylvania

CITY AND COUNTY OF PHILADELPHIA

SUMMONS
*CITACION*

United Refining Company
15 Bradley Street
Warren, PA 16365

COURT OF COMMON PLEAS

October _____ Term, 20 12

No. _____

*vs.*

National Union Fire Insurance Company of
Pittsburgh, PA, et al.

To⁽¹⁾

National Union Fire Insurance Company
of Pittsburgh, PA, 175 Water St., 18th
Floor, New York, NY 10038

Allianz Global Risks US Insurance
Company, 225 W. Washington Street,
Suite 1800, Chicago, IL 60606

Certain Underwriters at Lloyd's of
London & London & Market Insurance
Companies, c/o Mendes & Mount LLP,
750 Seventh Avenue, NY, NY 10019

XL Insurance (Bermuda) Ltd., XL
House, One Bermudian Road, P.O. Box
2245, Hamilton, HM JX, Bermuda

Swiss RE International SE, 175 King
Street, Armonk, NY 10504

Chartis, 175 Water Street, NY, NY
10038

Crawford & Company d/b/a Crawford
Global Technical Services
P.O. Box 5047, Atlanta, GA 30302

You are notified that the Plaintiff⁽²⁾
*Usted esta avisado que el demandante*⁽²⁾

United Refining Company
15 Bradley Street
Warren, PA 16365

Has (have) commenced an action against you.
*Ha (han) iniciado una accion en contra suya.*





JOSEPH H. EVERS
*Prothonotary*

By _____

Date _____

121000883
05 OCT 2012 03:46 pm
J. MURPHY

⁽¹⁾ Name(s) of Defendant(s)
⁽²⁾ Name(s) of Plaintiff(s)

10-208 (Rev 6/00)

Case ID: 121000883

**COURT OF COMMON PLEAS**

October _____ **Term, 20** 12 **No.** _____

United Refining Company
15 Bradley Street
Warren, PA 16365

vs.

National Union Fire Insurance Company of
Pittsburgh, PA, et al.

**SUMMONS**

Case ID: 121000883