## **CERTIFICATE OF SERVICE**

I hereby certify that I have on this 2nd day of April, 2013, served the foregoing **Notice of Motion and Motion to Dismiss the Amended Complaint** via electronic filing, to the United States District Court for the Eastern District of Pennsylvania and served a copy of the same via the manner listed below and addressed as follows:

**Via ECF Electronic Service to E-mail Address:  dmcmullen@andersonkill.com**

Darin J. McMullen Esq.
ANDERSON KILL & OLICK, P.C.
1600 Market St., Suite 2500
Philadelphia, PA 19103

**Via U.S. Mail, first-class, postage prepaid**
William G. Passannante, Esq., Of Counsel
Matthew F. Putorti, Esq., Of Counsel
ANDERSON KILL & OLICK, P.C.
1251 Avenue of the Americas
New York, NY 10020

John R. Wagner, Esq.
UNITED REFINING COMPANY
15 Bradley Street
Warren, PA 16365

*Attorneys for Defendants*

/s/ Amy M. Churan