APPENDIX X

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| United Refining Company, | : | CIVIL ACTION |
| v. | : | |
| National Union Fire Ins., et al. | : | NO.  2:13-cv-00909CDJ |

ORDER

AND NOW, this 29th Day of April, 2013, it is hereby

ORDERED that the application of _____Scott Murray_____, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

[✓]  GRANTED.

[ ]  DENIED.

_____ J.