## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED REFINING COMPANY<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURG, PA,<br><br>ALLIANZ GLOBAL RISKS US INSURANCE COMPANY,<br><br>CERTAIN UNDERWRITERS AT LLOYD'S OF LONDON AND LONDON MARKET INSURANCE COMPANIES,<br><br>XL INSURANCE (BERMUDA) LTD,<br><br>SWISS RE INTERNATIONAL SE,<br><br>CHARTIS, and,<br><br>CRAWFORD & COMPANY d/b/a CRAWFORD GLOBAL TECHNICAL SERVICES,<br><br>Defendants. | CIVIL ACTION<br><br>NO.:  2:13-cv-00909-CDJ |

## <u>ORDER</u>

This matter having been submitted to the Court by defendants NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA; ALLIANZ GLOBAL RISKS US INSURANCE COMPANY; CERTAIN UNDERWRITERS AT LLOYD'S OF LONDON SUBSCRIBING TO AJN0093509A09 (Syndicate 1183); CERTAIN UNDERWRITERS AT LLOYD'S OF LONDON SUBSCRIBING TO EL900296 (Syndicates 2003, 2987, 9129); GREAT LAKES REINSURANCE (UK) PLC; INFRASSURE, LTD; GENERAL SECURITY INDEMNITY COMPANY OF ARIZONA; TORUS INSURANCE (UK) LTD; PARIS RE

HOLDINGS, LTD; GLACIER INSURANCE; XL (BERMUDA) LTD; SWISS RE INTERNATIONAL SE; CHARTIS CLAIMS, INC; and CRAWFORD & COMPANY (collectively "Defendants"), seeking an Order granting them leave to file a reply brief in support of their motion to dismiss:

It is ORDERED that Defendants' Motion For Leave to File a Reply Brief in Support of Their Motion to Dismiss is GRANTED.

It is FURTHER ORDERED that Defendants shall file a reply brief within _____ days of this date hereof.


It is also FURTHER ORDERED that the parties shall appear for oral argument on _____, 2013 at _____ a.m. in Courtroom _____ of the above-entitled Court.


BY THE COURT:


_____
C. DARNELL JONES, II
UNITED STATES DISTRICT JUDGE