IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED REFINING COMPANY<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURG, PA,<br><br>ALLIANZ GLOBAL RISKS US INSURANCE COMPANY,<br><br>CERTAIN UNDERWRITERS AT LLOYD'S OF LONDON AND LONDON MARKET INSURANCE COMPANIES,<br><br>XL INSURANCE (BERMUDA) LTD.,<br><br>SWISS RE INTERNATIONAL SE,<br><br>CHARTIS, and,<br><br>CRAWFORD & COMPANY d/b/a CRAWFORD GLOBAL TECHNICAL SERVICES,,<br><br>Defendants. | Civil Action No.  2:13-CV-00909-CDJ |

**DEFENDANTS' MOTION FOR LEAVE TO FILE A REPLY BRIEF IN SUPPORT OF**

**THEIR MOTION TO DISMISS**

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:

PLEASE TAKE NOTICE that Defendants NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA ("National Union"); ALLIANZ GLOBAL RISKS US INSURANCE COMPANY ("Allianz"); CERTAIN UNDERWRITERS AT LLOYD'S OF LONDON SUBSCRIBING TO AJN0093509A09 (Syndicate 1183); CERTAIN

60676948.1

DEFENDANTS' MOTION FOR LEAVE TO FILE REPLY
BRIEF IN SUPPORT OF THEIR MOTION TO DISMISS
PLAINTIFF'S FIRST AMENDED COMPLAINT

UNDERWRITERS AT LLOYD'S OF LONDON SUBSCRIBING TO EL900296 (Syndicates 2003, 2987, 9129); GREAT LAKES REINSURANCE (UK) PLC; INFRASSURE, LTD; GENERAL SECURITY INDEMNITY COMPANY OF ARIZONA; TORUS INSURANCE (UK) LTD; PARIS RE HOLDINGS, LTD; GLACIER INSURANCE; SWISS RE INTERNATIONAL SE ("Swiss Re"); XL (BERMUDA) INSURANCE LTD ("XL Bermuda") (collectively, "Insurer Defendants"); CHARTIS CLAIMS, INC. ("Chartis Claims") and CRAWFORD & COMPANY ("Crawford"), by its undersigned counsel, hereby moves the Court for leave pursuant to U.S. District Judge C. Darnell Jones, II's Policies and Procedures, Section A – Pre-trial Procedure, ¶ 5 to file a reply brief in response to Plaintiff's Memorandum of Law in Opposition to Defendants' Motion to Dismiss the Amended Complaint.

In support of its Motion for Leave to File a Reply Brief, Defendants assert as follows:

1)   On April 2, 2013, Defendants filed its Motion to Dismiss Plaintiff's Amended Complaint.

2)   On April 24, 2013, Plaintiff filed with the Court its Memorandum of Law in Opposition to Defendants' Motion to Dismiss.

3)   After reviewing Plaintiff's Memorandum of Law, Defendants determined that it contained misstatements of facts and law.

4) Accordingly, for the reasons outlined in the attached Memorandum of Law, Defendants respectfully request that the Court grant its Motion for Leave to File a Reply Brief, and deem the

Reply Brief to address misstatements of facts and law, attached hereto as Exhibit "A", filed.

                                    Respectfully submitted,

                                    By: /s/ Amy M. Churan

> William A. Webster (*Admitted Pro Hac Vice*)
> Amy M. Churan (*Admitted Pro Hac Vice*)
> **ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**
> 2049 Century Park East, 34th Floor
> Los Angeles, CA 90067–3208
> E-mail: WAWebster@rkmc.com
> E-mail: AMChuran@rkmc.com
> Telephone: 310–552–0130 / Facsimile: 310–229–5800

> Basil A. DiSipio
> **LAVIN, O'NEIL, RICCI, CEDRONE & DiSIPIO**
> 190 N. Independence Mall West, Suite 500
> Philadelphia, PA 19106
> E-mail: BDisipio@Lavin-Law.com
> Telephone: (215) 351–7929 / Facsimile: (215) 627–2551

> Attorneys for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that I have on this 1st day of May, 2013, served the foregoing DEFENDANTS' MOTION FOR LEAVE TO FILE A REPLY BRIEF IN SUPPORT OF THEIR MOTION TO DISMISS, with Defendants' Reply in Support of Their Motion to Dismiss included as Exhibit "A" and proposed Order via electronic filing, to the United States District Court for the Eastern District of Pennsylvania and served a copy of the same via the manner listed below and addressed as follows:

**Via ECF Electronic Service to E-mail Address:  dmcmullen@andersonkill.com**

Darin J. McMullen Esq.
ANDERSON KILL & OLICK, P.C.
1600 Market St., Suite 2500
Philadelphia, PA 19103

**Via U.S. Mail, first-class, postage prepaid**
William G. Passannante, Esq., Of Counsel
Matthew F. Putorti, Esq., Of Counsel
ANDERSON KILL & OLICK, P.C.
1251 Avenue of the Americas
New York, NY 10020

John R. Wagner, Esq.
UNITED REFINING COMPANY
15 Bradley Street
Warren, PA 16365

*Attorneys for Defendants*

/s/ Amy M. Churan