# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED REFINING COMPANY<br><br>    Plaintiff,<br><br>    v.<br><br>NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURG, PA,<br><br>ALLIANZ GLOBAL RISKS US INSURANCE COMPANY,<br><br>CERTAIN UNDERWRITERS AT LLOYD'S OF LONDON AND LONDON MARKET INSURANCE COMPANIES,<br><br>XL INSURANCE (BERMUDA) LTD.,<br><br>SWISS RE INTERNATIONAL SE,<br><br>CHARTIS, and,<br><br>CRAWFORD & COMPANY d/b/a CRAWFORD GLOBAL TECHNICAL SERVICES,<br><br>    Defendants. | Civil Action No. 2:13-CV-00909-CDJ<br><br>**DEFENDANTS' NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA and CHARTIS CLAIMS, INC. _AMENDED_ CORPORATE DISCLOSURE STATEMENT [F.R.C.P. 7.1]** |

Defendants NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA; and CHARTIS CLAIMS, INC ("Defendants") hereby provide the following _Amended_ Corporate Disclosure Statement pursuant to Rule 7.1 of the Federal Rules of Civil Procedure:

    1.    NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA is a direct, wholly-owned (100%) subsidiary of AIG Property Casualty U.S., Inc., which is a wholly-owned (100%) subsidiary of AIG Property Casualty Inc., which is a wholly-owned (100%) subsidiary of AIUH LLC, which is a wholly-owned (100%) subsidiary of American International Group, Inc., which is a publicly-held corporation. No parent entity or public entity

owns 10% of more of the stock of American International Group, Inc.

2.      CHARTIS CLAIMS, INC. improperly identified as the non-legal entity "CHARTIS" is a wholly-owned (100%) subsidiary of Chartis Global Claims Service, Inc., which is a wholly-owned (100%) subsidiary of AIG Property Casualty Inc., which is a wholly-owned 100% subsidiary of AIUH LLC, which is a wholly-owned (100%) subsidiary of American International Group, Inc., which is a publicly-held corporation. No parent entity or publicly held entity owns 10% or more of the stock of American International Group, Inc.

Dated: May 6, 2013

By: _____

William A. Webster (*Pro Hac Vice*)
Amy M. Churan (*Pro Hac Vice*)
**ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**
2049 Century Park East, 34th Floor
Los Angeles, CA 90067-3208
Telephone: 310-552-0130
Facsimile: 310-229-5800

Basil A. DiSipio (ID No. 28212)
**LAVIN, O'NEIL, RICCI, CEDRONE & DiSIPIO**
190 N. Independence Mall West, Suite 500
Philadelphia, PA 19106
Telephone: (215) 351-7929
Facsimile: (215) 627-2551

Attorneys for Defendants NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA; ALLIANZ GLOBAL RISKS US INSURANCE COMPANY; CERTAIN UNDERWRITERS AT LLOYD'S OF LONDON SUBSCRIBING TO AJN0093509A09 (Syndicate 1183); CERTAIN UNDERWRITERS AT LLOYD'S OF LONDON SUBSCRIBING TO EL900296 (Syndicates 2003, 2987, 9129); GREAT LAKES REINSURANCE (UK) PLC; INFRASSURE, LTD; GENERAL SECURITY INDEMNITY COMPANY OF ARIZONA; TORUS INSURANCE (UK) LTD; PARIS RE HOLDINGS, LTD; GLACIER INSURANCE; XL (BERMUDA) LTD; SWISS RE INTERNATIONAL SE; CHARTIS CLAIMS, INC; and CRAWFORD & COMPANY

## CERTIFICATE OF SERVICE

I hereby certify that I have on May 7, 2013, served the foregoing **Defendants' National Union Fire Insurance Company of Pittsburgh, PA and Chartis Claims, Inc.** *Amended* **Corporate Disclosure Statement [F.R.C.P. 7.1]** via electronic filing, to the United States District Court for the Eastern District of Pennsylvania and served a copy of the same via the manner listed below and addressed as follows:

**Via ECF Electronic Service to E-mail Address:  dmcmullen@andersonkill.com**

Darin J. McMullen Esq.
ANDERSON KILL & OLICK, P.C.
1600 Market St., Suite 2500
Philadelphia, PA 19103

**Via U.S. Mail, first-class, postage prepaid**
William G. Passannante, Esq., Of Counsel
Matthew F. Putorti, Esq., Of Counsel
ANDERSON KILL & OLICK, P.C.
1251 Avenue of the Americas
New York, NY 10020

John R. Wagner, Esq.
UNITED REFINING COMPANY
15 Bradley Street
Warren, PA 16365

*Attorneys for Defendants*

/s/ Amy M. Churan