IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED REFINING CO., | : | CIVIL ACTION |
| Plaintiff, | : | NO. 13-909 |
| v. | : | |
| NAT'L UNION FIRE INS. CO. OF PITTSBURGH, *et al.*, | : | |
| Defendants. | : | |

**ORDER**

AND NOW, this 9th day of May, 2013, upon consideration of Defendants' Motion for Leave to File a Reply Brief (Dkt. No. 22-), it is hereby ORDERED that:

1. Said Motion is GRANTED; and

2. Defendants' Reply Brief, attached as Exhibit A to the Motion (Dkt. No. 22-2) shall be deemed FILED as of the date of this Order.

BY THE COURT:

/s/ C. Darnell Jones, II
_____
C. DARNELL JONES, II    J.