APPENDIX X

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| United Refining Company,<br><br>    Plaintiff,<br><br>v.<br><br>National Union Fire Insurance Company of Pittsburgh, PA, et al.<br><br>    Defendant. | CIVIL ACTION<br><br>No.: 2:13-cv-00909CDJ |

## ORDER

AND, NOW this _____ Day of _____, 2013, it is hereby

ORDERED that the application of __Adam J. Rader__, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☐ GRANTED.

☐ DENIED.

_____ J.

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

Civil Action No.: 2:13-cv-00909CDJ

*APPLICATION FORM FOR THOSE ATTORNEYS SEEKING TO PRACTICE IN THIS COURT PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 83.5.2(b)*

I. APPLICANT'S STATEMENT

I, __Adam J. Rader__ the undersigned, am an attorney who is not currently admitted to either the bar of this court or the bar of the Supreme Court of Pennsylvania, and I hereby apply for admission to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b), and am submitting a check, number __1112__, for the $40.00 admission fee.

A. *I state that I am currently admitted to practice in the following state jurisdictions:*

| New York | 1992 | 2493120 |
|---|---|---|
| (State where admitted) | (Admission date) | (Attorney Identification Number) |
| Connecticut | 12/06/1991 | |
| (State where admitted) | (Admission date) | (Attorney Identification Number) |
| | | |
| (State where admitted) | (Admission date) | (Attorney Identification Number) |

B. *I state that I am currently admitted to practice in the following federal jurisdictions:*

| USDC / SDNY | 04/29/1997 | |
|---|---|---|
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |
| U.S. Supreme Court | 06/26/2006 | |
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |
| | | |
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |

C. *I state that I am at present a member of the aforesaid bars in good standing, and that I will demean myself as an attorney of this court uprightly and according to law, and that I will support and defend the Constitution of the United States.*

I am entering my appearance for        As co-counsel for Plaintiff United Refining Company

(Applicant's Signature)

05/09/2013
(Date)

APPLICANT'S OFFICE ADDRESS AND TELEPHONE NUMBER:
ANDERSON KILL & OLICK, P.C.
1251 Avenue of the Americas, New York, NY 10020
212-278-1000

Sworn and subscribed before me this
__1__ Day of __May__ 2013

_____
Notary Public

LINDSEY B. ROTH
Notary Public, State of New York
No. 01RO6080149
Qualified in Queens County
Commission Expires Sept. 9, 2014

II. SPONSOR'S STATEMENT, MOTION AND CERTIFICATE OF SERVICE

The undersigned member of the bar of the United States District Court for the Eastern District of Pennsylvania hereby moves for the admission of __Adam J. Rader__ to practice in said court pursuant to Local Rule of Civil Procedure 83.5.2(b), and certify that I know (or after reasonable inquiry believe) that the applicant is a member in good standing of the above-referenced state and federal courts and that the applicant's private and personal character is good. I certify that this application form was on this date mailed, with postage prepaid, to all interested counsel.

| Darin McMullen | [Signature] | 06/23/1999 | 78860 |
|---|---|---|---|
| Sponsor's Name | Sponsor's Signature | Admission Date | Attorney Identification No. |

SPONSOR'S OFFICE ADDRESS AND TELEPHONE NUMBER:

ANDERSON KILL & OLICK, P.C.
1600 Market Street
Philadelphia, PA 19103; Tel: 267-216-2708

Sworn and subscribed before me this
10th Day of May 2013

_Jeannine M. Fitzgerald_
Notary Public

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
JEANNINE M. FITZGERALD, Notary Public
City of Philadelphia, Phila. County
My Commission Expires September 22, 2014

3



# Appellate Division of the Supreme Court
## of the State of New York
## Second Judicial Department

I, **Aprilanne Agostino**, Clerk of the Appellate Division of the Supreme Court of the State of New York, Second Judicial Department, do hereby certify that **Adam James Rader** was duly licensed and admitted to practice as an Attorney and Counselor-at-Law in all the courts of the State, according to the laws of the State and the court rules and orders, on the **15th** day of **July 1992**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors-at-Law on file in my office, has duly registered with the administrative office of the courts, and according to the records of this court is in good standing as an Attorney and Counselor-at-Law.

In Witness Whereof, I have hereunto set my hand and affixed the seal of said Appellate Division on May 02, 2013.



*Aprilanne Agostino*

Clerk of the Court

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| United Refining Company,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>National Union Fire Insurance Company of Pittsburgh, PA, et al.<br><br>　　　　　　　　Defendant. | CIVIL ACTION<br><br>No.: 2:13-cv-00909CDJ |

## CERTIFICATE OF SERVICE

I declare under penalty of perjury that a copy of the application of ____ Adam J. Rader ____ Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) and the relevant proposed Order which, if granted, would permit such practice in this court was mailed today with postage prepaid to:

Lavin, O'Neil, Ricci, Cedrone & DiSipio, 190 N. Independence Mall West, Suite 500, Philadelphia, PA  19106

Robins, Kaplan, Miller & Ciresi L.L.P., 2049 Century Park East, 34th Floor, Los Angeles, CA  90067-3208

_____
Signature of Attorney

Darin McMullen
Name of Attorney

United Refining Company
Name of Moving Party

5-10-13
Date

4