APPENDIX X

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| United Refining Company,<br><br>　　　　　　　　　Plaintiff,<br><br>v.<br><br>National Union Fire Insurance Company of Pittsburgh, PA, et al.<br><br>　　　　　　　　　Defendant. | CIVIL ACTION<br><br>No.: 2:13-cv-00909CDJ |

## ORDER

AND, NOW this _____ Day of _____, 2013, it is hereby

ORDERED that the application of William G. Passannante, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☐ GRANTED.

☐ DENIED.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　J.

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

Civil Action No.: 2:13-cv-00909CDJ

*APPLICATION FORM FOR THOSE ATTORNEYS SEEKING TO PRACTICE IN THIS COURT PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 83.5.2(b)*

I. APPLICANT'S STATEMENT

I, William G. Passannante the undersigned, am an attorney who is not currently admitted to either the bar of this court or the bar of the Supreme Court of Pennsylvania, and I hereby apply for admission to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b), and am submitting a check, number 1114, for the $40.00 admission fee.

A. I state that I am currently admitted to practice in the following state jurisdictions:

| State where admitted | Admission date | Attorney Identification Number |
|---|---|---|
| New York | 05/07 1990 | 2345064 |
| New Jersey | 12/21/1989 | 045291989 |
| District of Columbia | 11/01/1991 | 430458 |

B. I state that I am currently admitted to practice in the following federal jurisdictions:

| Court where admitted | Admission date | Attorney Identification Number |
|---|---|---|
| USDC / SDNY | 07/17/1990 | WP-7460 |
| USDC / EDNY | 07/17/1990 | WP-7460 |
| USCOA (2nd Cir.) | 04/21/2004 | 2004-209 |

C. I state that I am at present a member of the aforesaid bars in good standing, and that I will demean myself as an attorney of this court uprightly and according to law, and that I will support and defend the Constitution of the United States.

I am entering my appearance for    As co-counsel for Plaintiff United Refining Company

(Applicant's Signature)

05/09/2013
(Date)

APPLICANT'S OFFICE ADDRESS AND TELEPHONE NUMBER:
ANDERSON KILL & OLICK, P.C.
1251 Avenue of the Americas, New York, NY 10020
212-278-1000

Sworn and subscribed before me this
4 Day of May 2013

Notary Public

LINDSEY B. ROTH
Notary Public, State of New York
No. 01RO6080149
Qualified in Queens County
Commission Expires Sept. 9, 2014

II.   SPONSOR'S STATEMENT, MOTION AND CERTIFICATE OF SERVICE

The undersigned member of the bar of the United States District Court for the Eastern District of Pennsylvania hereby moves for the admission of ___William G. Passannante___ to practice in said court pursuant to Local Rule of Civil Procedure 83.5.2(b), and certify that I know (or after reasonable inquiry believe) that the applicant is a member in good standing of the above-referenced state and federal courts and that the applicant's private and personal character is good. I certify that this application form was on this date mailed, with postage prepaid, to all interested counsel.

| Darin McMullen | *[signature]* | 06/23/1999 | 78860 |
|---|---|---|---|
| Sponsor's Name | Sponsor's Signature | Admission Date | Attorney Identification No. |

SPONSOR'S OFFICE ADDRESS AND TELEPHONE NUMBER:

ANDERSON KILL & OLICK, P.C.
1600 Market Street
Philadelphia, PA  19103; Tel: 267-216-2708


Sworn and subscribed before me this
10th Day of May 2013

*[signature]* Jeannine M. Fitzgerald
Notary Public

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
JEANNINE M. FITZGERALD, Notary Public
City of Philadelphia, Phila. County
My Commission Expires September 22, 2014

# Appellate Division of the Supreme Court of the State of New York
## First Judicial Department

I, Susanna Rojas, Clerk of the Appellate Division of the Supreme Court of the State of New York, First Judicial Department, certify that

## WILLIAM GORMAN PASSANNANTE

was duly licensed and admitted to practice as an Attorney and Counsellor at Law in all the courts of the State of New York on **May 7, 1990**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counsellors at Law on file in my office, has duly registered with the administrative office of the courts, and according to the records of this court is in good standing as an attorney and counsellor at law.

In Witness Whereof, I have hereunto set my hand and affixed the seal of this court on

**May 3, 2013**

Clerk of the Court

3108

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| United Refining Company,<br><br>　　　　　　　　　Plaintiff,<br><br>v.<br><br>National Union Fire Insurance Company of Pittsburgh, PA, et al.<br><br>　　　　　　　　　Defendant. | CIVIL ACTION<br><br>No.: 2:13-cv-00909CDJ |

## CERTIFICATE OF SERVICE

I declare under penalty of perjury that a copy of the application of ___William G. Passannante___ Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) and the relevant proposed Order which, if granted, would permit such practice in this court was mailed today with postage prepaid to:

Lavin, O'Neil, Ricci, Cedrone & DiSipio, 190 N. Independence Mall West, Suite 500, Philadelphia, PA  19106

Robins, Kaplan, Miller & Ciresi L.L.P., 2049 Century Park East, 34th Floor, Los Angeles, CA  90067-3208

_____
Signature of Attorney

Darin McMullen
Name of Attorney

United Refining Company
Name of Moving Party

5-10-13
Date

4