IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED REFINING CO.,** : | | |
| : | | |
| Plaintiff, : | | |
| : | **CIVIL ACTION NO.:** | |
| v. : | | |
| : | | |
| **NATIONAL UNION FIRE INSURANCE** : | **2:13-CV-909** | |
| **COMPANY of PITTSBURGH, et al.,** : | | |
| : | | |
| Defendants. : | | |

## ORDER

**AND NOW**, this 12th day of December 2013, **IT IS HEREBY ORDERED**:

1.) Defendants' motion to dismiss, (Doc. No. 13), is **GRANTED IN PART** and **DENIED IN PART**;

2.) The motion to dismiss is **GRANTED** as to Counts I, II, and IV;

3.) The motion to dismiss is **DENIED** as to Count III;

4.) Plaintiff **SHALL SUBMIT** all dismissed claims to **ARBITRATION** in accordance with the terms of its insurance policy with defendants;

5.) All remaining claims will be **STAYED** pending **COMPLETION OF ARBITRATION**.

BY THE COURT:

/s/ C. Darnell Jones, II
_____
**C. DARNELL JONES II, J.**